[No. 10491–5–III.   Division Three.   April 18, 1991.]

*In the Matter of the Marriage of* LORI TURPING, *Appellant, and* PETER TURPING, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 89–3–00388–1, Fred R. Staples, J., entered January 10, 1990. *Remanded* by unpublished per curiam opinion.

[No. 22406–9–I.   Division One.   April 22, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. THOMAS ANDREW SUBITCH, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–1–00967–6, John E. Rutter, Jr., J., entered February 22, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Webster, A.C.J., and Pekelis, J.

[No. 25617–3–I.   Division One.   April 22, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID LEE SPORTSMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–1–00566–9, Paul D. Hansen, J., entered January 31, 1990. *Reversed* by unpublished per curiam opinion.